UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAFE SALSA, et al.,<br><br>    Defendants. | Case No. 14-cv-02952-JSC<br><br>**ORDER FOR STATUS UPDATE** |

    Plaintiff filed this Americans with Disabilities Access case in June 2014 and Defendant answered the complaint in September 2014. Since that time there has been not action on the docket. Accordingly, Plaintiffs are ordered to provide the Court with an update on the status of the case on or before March 23, 2015.

    **IT IS SO ORDERED.**

Dated: March 2, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge